

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-13-00267-CR

Evaristo Antonio **SANTOS**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 437th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CR-1104
Honorable Lori I. Valenzuela, Judge Presiding

BEFORE JUSTICE MARTINEZ, JUSTICE ALVAREZ, AND JUSTICE CHAPA

In accordance with this court's opinion issued this date, this appeal is DISMISSED.

SIGNED June 5, 2013.

_____
Rebeca C. Martinez, Justice